United States District Court
Southern District of Texas
**ENTERED**
April 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-00531 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| JWK INC. and | § | |
| R. W. KELLEY FAMILY | § | |
| LIMITED | § | |
| PARTNERSHIP, | § | |
| Defendants. | § | |

## ORDER

Plaintiff Erik Garcia has provided notice of settlement of his dispute with R. W. Kelley Family Limited Partnership. Dkt 16. All claims against JWK, Inc. were previously dismissed. Dkt 15. This current notice resolves the dispute as to the only remaining defendant.

This case is DISMISSED WITH PREJUDICE.

Plaintiff Erik Garcia may move within sixty days to reinstate his claims against Defendant R. W. Kelly Family Limited Partnership if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on April 22, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge