IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-CV-00531 |
| JWK INC. and ) | |
| R. W. KELLEY FAMILY LIMITED ) | |
| PARTNERSHIP, ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ERIK GARCIA ("Plaintiff") and Defendant, R.W. KELLEY FAMILY LIMITED PARTNERSHIP ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, R.W. KELLEY FAMILY LIMITED PARTNERSHIP, and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 8th day of June, 2020.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        Southern District of Texas ID No. 3182479
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        Attorney for Plaintiff

/s/ Charles Dunkel
Charles Dunkel
State Bar No. 24034427
Ashley N. Joyner
State Bar No. 2409908
Mills Shirley LLP
Three Riverway, Suite 670
Houston, TX 77056
Tel: (713) 225-0547; (409) 763-2341
Email:  cdunkel@millsshirley.com
Attorneys for Defendant
  R.W. Kelley Family Limited Partnership

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of June, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479